# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE: LATRISHA WILLIAMS
      3562 SOUTHMONT DR
      MONTGOMERY, AL 36108

CASE NO: 13-32725-DHW

Soc. Sec. No. XXX-XX-0776
      Debtor.

**AMENDED INCOME WITHHOLDING ORDER**

TO: MONTGOMERY CO BD OF EDUCATION
    ATTN PAYROLL
    P O BOX 176
    MONTGOMERY, AL 36101-0176

    The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

    ORDERED that MONTGOMERY CO BD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$570.00 MONTHLY** and remit all such funds withheld to:

    **CURTIS C REDING, CHAPTER 13 TRUSTEE**
    **13-32725-DHW LATRISHA WILLIAMS**
    **P O BOX 613108**
    **MEMPHIS TN 38101-3108**

    The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

    This Order continues in force and effect until further Order of this court.

    Done Tuesday, December 9, 2014 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge